UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 7

Nephus Gayden, III and  Case No. 20-49828
Valvetta Gayden

Judge: Maria L. Oxholm

     Debtor(s).     /

# AFFIDAVIT OF SPECIAL CIRCUMSTANCES REGARDING CHAPTER 7 MEANS TEST

I, Nephus Gayden, III, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. My name is Nephus Gayden, III, and I reside at 26358 Buster Dr., Warren, MI 48091.

2. I am over 18 years of age, of sound mind, and qualified and competent in all respects to make this affidavit.

3. On September 17, 2020 I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code jointly with my wife, Valvetta Gayden.

4. I am employed at Stericycle Inc., where over the past 6 months; I have earned $1,629.08 gross per month from employment and $2,565.33 in unemployment benefits.

5. However, due to Covid-19 my unemployment benefits have been inflated over the past 6 months as a result of the federal supplement to my unemployment benefits of $600.00 per week.

6. The inflated unemployment benefits has caused my Means Test Income to increase by approximately $1,600.00 per month.

7. Due to the inflated income and unemployment income the Chapter 7 Means Test is showing Disposable Monthly Income of $1,237.62 and DMI over abuse by $1,010.12. However, when my unemployment benefits cease, my

DMI is reduced to -$362.38 on average per month and there is no abuse of the Chapter 7 Means Test.

8. In light of the special circumstances described above, I will not have sufficient disposable income to repay my creditors as evidenced by Schedule J of my expenses.

 October 7, 2020             /s/ Nephus Gayden, III
Date                         Nephus Gayden, III